# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| 2013 MARLEN AYALA PROTECTION TRUST & CENTRO COMERCIAL DE, | : | Case No. 3:24-cv-196 |
| | : | |
| Plaintiff, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| GRANGE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2).  Neither party has filed a diversity disclosure statement as required by that Rule.  Each party is therefore **ORDERED** to file such a statement no later than thirty days from the date of this Order.  A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.[1]

**IT IS SO ORDERED.**

July 11, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] https://www.ohsd.uscourts.gov/ohio-southern-district-forms